IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. SA:17CR00814XR(5) |
| § | |
| ALFREDO ESPARZA SR. § | |
| Defendant. § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes Defendant, ALFREDO ESPARZA SR., by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Defendant's PLEA DEADLINE is currently scheduled on February 22, 2019. DOCKET CALL, REARRAIGNMENT AND PLEA is scheduled on March 5, 2019 and JURY SELECTION & TRIAL is scheduled on March 18, 2019.

II.

Undersigned Counsel requests additional time to confer with Assistant United States Attorney, SAM PONDER with regards to a plea agreement in said case.

III.

Undersigned Counsel respectfully requests a 90 day reset.

IV.

ROBBIE WARD has conferred with SAM PONDER, Assistant United States Attorney, regarding this Motion and Mr. Ponder is UNOPPOSED to said Motion.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, ALFREDO ESPARZA SR., respectfully requests this Honorable Court to grant this Unopposed Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted

CALFAS LAW GROUP, PLLC
ROBBIE WARD
SBN: 24033435
310 S. St. Mary's Street, #2400
San Antonio, Texas 78205
Tel: (210) 212-6969
Fax: (210) 212-7766

/s/
ROBBIE WARD

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Sam Ponder, Assistant United States Attorney.

SIGNED on this the 21st day of February 2019.

/s/
ROBBIE WARD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,** | §<br>§<br>§ |
| **V.** | §    **CRIMINAL NO. SA:17CR00814XR(5)**<br>§<br>§ |
| **ALFREDO ESPARZA SR.**<br>**Defendant.** | §<br>§ |

## ORDER

On this date came on to be considered Defendant ALFREDO ESPARZA SR.'s Unopposed Motion for Continuance, and said Motion is hereby:

\_\_\_\_ GRANTED      \_\_\_\_ DENIED

Signed on this_____ day of _____, 2019.

_____
UNITED STATES JUDGE