IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. SA:17CR00814XR(5) |
| § | |
| ALFREDO ESPARZA SR. § | |
| Defendant. § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Now comes Defendant, ALFREDO ESPARZA SR., by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Defendant's PLEA DEADLINE is currently scheduled on October 18, 2019. DOCKET CALL or REARRAIGNMENT AND PLEA is set October 31, 2019 and JURY SELECTION AND TRIAL is set November 12, 2019.

II.

Undersigned Counsel requests additional time to confer with Assistant United States Attorney, SAM PONDER with regards to a plea agreement in said case.

III.

Undersigned Counsel respectfully requests a 60-day reset.

IV.

ROBBIE WARD has conferred with SAM PONDER, Assistant United States Attorney, regarding this Motion and Mr. Ponder is UNOPPOSED to said Motion.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, ALFREDO ESPARZA SR., respectfully requests this Honorable Court to grant this Unopposed Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted

ROBBIE WARD
530 LEXINGTON AVENUE
San Antonio, Texas 78215
Tel: (210) 758-8500

   /s/   Robbie L. Ward
ROBBIE L. WARD
SBN: 24033435

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Sam Ponder, Assistant United States Attorney.

SIGNED on this the 30th day of August 2019.

   /s/   Robbie L. Ward
ROBBIE L. WARD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>V.<br><br>ALFREDO ESPARZA SR.<br>Defendant. | §<br>§<br>§<br>§  **CRIMINAL NO. SA:17CR00814XR(5)**<br>§<br>§<br>§<br>§ |

## ORDER

On this date came on to be considered Defendant ALFREDO ESPARZA SR.'s Unopposed Motion for Continuance, and said Motion is hereby:

       GRANTED    DENIED.

Signed on this_____ day of _____, 2019.

_____
UNITED STATES JUDGE